**Order entered November 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00075-CR

**WINTER KAY ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 16-30605-CC2-M**

## ORDER

The reporter's record was filed April 17, 2018. On October 29, 2018, an amended reporter's record was filed along with a letter from court reporter Sherry Hooper. In the letter, Ms. Hooper states she filed the amended reporter's record because there were "problems with the conversion program."

We **STRIKE** the April 17, 2018 reporter's record.

/s/    CRAIG STODDART
          JUSTICE